1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT FOR THE
8                       EASTERN DISTRICT OF CALIFORNIA
9

| CURTIS M. STEPHENS, | ) | 1:10cv01735 DLB |
|---|---|---|
| | ) | |
| | ) | ORDER DISMISSING ACTION |
| | ) | WITH PREJUDICE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Pursuant to the parties' stipulation to dismiss filed on May 2, 2011, this action is DISMISSED WITH PREJUDICE.  Each party shall bear its own fees, costs and expenses.

   IT IS SO ORDERED.

   Dated:  **May 2, 2011**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1